IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


ROBERT LEE SANDERS                                              PETITIONER

VS.                         CASE NO. 5:07CV00002 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT


**ORDER**

The Court has received proposed findings and recommendations from United States

Magistrate Judge Henry L. Jones, Jr.   After careful review of the findings and

recommendations and the timely objections thereto, as well as a de novo review of the

record, the Court concludes that the findings and recommendations should be, and are

hereby, approved and adopted as this Court's findings in all respects in their entirety. [1]

Judgment shall be entered accordingly.

SO ORDERED this 2nd day of July 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

_____

[1]Petitioner takes issue with the finding that the untimeliness of his Rule 37 petition was caused
not by interference by state officials but because it appears he placed his petition in the mail on October 8,
only two days before the October 10 deadline.  Petitioner contends he placed his petition in the prison
mail box on October 6, 4 days before the deadline.  He argues that the prison must have delayed or
interfered with his mail because the petition should have reach the state court by October 10.  He further
claims the mail should have reached the state court even if it had been placed in the mail on October 8 as
found by the court.  The Court finds there is no evidence of interference by state officials.  Submissions
by petitioner reflect a guard put petitioner's mail under the door of the mail room the night of October 6
and funds were deducted from his prison account on the morning of October 8 to pay for postage. *See*
docket entries 27 and 37.